IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| KELLI BAUGH and JUSTIN BAUGH, ) | |
| ) | Civil Action No. 4:11-cv-00525-RBH |
| Plaintiffs, ) | |
| ) | |
| v. ) | **THIRD CONSENT AMENDED** |
| ) | **SCHEDULING ORDER** |
| BAYER CORPORATION, BAYER ) | |
| HEALTHCARE, LLC, BAYER ) | |
| PHARMACEUTICALS CORPORATION, ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC., BERLEX ) | |
| LABORATORIES, INC., and BERLEX, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

     Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case. Discovery may begin upon receipt of this order.

     4.    Motions to join other parties and amend the pleadings shall be filed no later than **March 5, 2012**.

     5.    Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **April 2, 2012.**

     6.    Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel* has been disclosed to other parties by **April 30, 2012**. ***NOTE: Amendments effective December 1, 2010, impose new disclosure requirements for certain expert witnesses.**

     7.    Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **April 30, 2012**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. *See* Fed.R.Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3).

8. Discovery shall be completed no later than **July 2, 2012** . All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed before the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02, and have had a telephone conference with Judge Harwell in an attempt to resolve the matter informally.**

9. All dispositive motions, Daubert motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than Daubert motions), shall be filed on or before **July 16, 2012**. *See* below ¶ 12 for motions in limine deadline.

10. Mediation, pursuant to Local Civil Rules 16.04 – 16.12, shall be completed in this case on or before **September 17, 2012**. *See* Standing Order to Conduct Mediation, which sets forth mediation requirements and is found on the court's website under Judge Harwell's forms (http://www.scd.uscourts.gov). At least **thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has: (1) provided the party with a copy of Standing Order to Conduct Mediation; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel.

11. No later than **October 1, 2012** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within fourteen (14) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6). *See* Local Civil Rule 30.03(J) (video deposition additional requirements).

12. Motions in limine must be filed at least three weeks prior to **November 5, 2012**.

13. Parties shall furnish the Court pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05).[1] Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits. *See* Local Civil Rule 26.07. (Attorneys are reminded to view the Court's instructions online regarding verdict forms, jury instructions, deposition designations, etc. that may be applicable to their case.)

14. This case is subject to being called for jury selection and/or trial on or after **November 5, 2012**.

---

[1] Judge Harwell requires that pretrial briefs information found in LCR 26.05 (A)-(M) be submitted only to the Judge's chambers; however, pretrial brief information contained in LCR 26.05 (N)-(O) shall be served on opposing parties.

The parties' attention is specifically directed to Local Rule 5.03 regarding the filing of confidential material. The parties' attention is also directed to the Court's website regarding instructions or other orders that may be applicable to your case.

|  |  |
|---|---|
|  | s/R. Bryan Harwell |
| Dated: November 15, 2011 | R. Bryan Harwell |
|  | United States District Judge |
| Florence, South Carolina |  |

Pursuant to Local Civil Rule 83.I.08, this order is being sent to local counsel only.

| | |
|---|---|
| _s/ Carmen S. Scott_ | _s/ Andrew G. Melling_ |
| Carmen S. Scott, Fed. ID No. 7513 | Celeste T. Jones, Fed. ID No. 2225 |
| Fred Thompson, III, Fed. ID No. 4081 | Andrew G. Melling, Fed. ID No. 7882 |
| MOTLEY RICE, LLC | McNAIR LAW FIRM, P.A. |
| 28 Bridgeside Blvd. | 1221 Main Street (29201) |
| Mt. Pleasant, SC 29464 | P. O. Box 11390 (29211) |
| cscott@motleyrice.com | Columbia, South Carolina |
| (843) 216 - 9000 | (803) 799-9800 |
|  | (803) 753-3278 (facsimile) |
| J. Thomas McBratney, III, Fed. ID No. 10517 | cjones@mcnair.net |
| McBratney Law Firm, P.A. | amelling@mcnair.net |
| P.O. Box 3890 |  |
| Florence, SC 29502 | **Attorneys for the Defendants** |
| (843) 662 – 8155 |  |
| Tm.mcbratneylawfirm@gmail.com |  |

**Attorneys for the Plaintiffs**