**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
DIVISION OF FLORENCE**

| | |
|---|---|
| **KELLI BAUGH and JUSTIN BAUGH,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**BAYER CORPORATION; BAYER** )<br>**HEALTHCARE LLC; BAYER** )<br>**PHARMACEUTICALS** )<br>**CORPORATION; BAYER** )<br>**HEALTHCARE** )<br>**PHARMACEUTICALS INC.;** )<br>**BERLEX LABORATORIES, INC.;** )<br>**and BERLEX, INC.,** )<br>)<br>**Defendants.** ) | **Civil Action No.:** 4:11-cv-00525-RBH<br><br>**STIPULATION AND ORDER OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

Plaintiffs having elected to voluntarily dismiss Defendants BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER PHARMACEUTICALS CORPORATION; BERLEX LABORATORIES, INC.; and BERLEX, INC., it is hereby stipulated and agreed that this action be and hereby is dismissed with prejudice and without costs as to Defendants BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER PHARMACEUTICALS CORPORATION; BERLEX LABORATORIES, INC.; and BERLEX, INC.

Dated: August 22, 2012

s/Andrew Melling
Andrew Melling, Esq.
McNAIR LAW FIRM, P.A.
1301 Gervais Street
Columbia, SC 29211
Tel: 803-799-9800
Fax: 803-753-3278

Attorneys for Defendants Bayer Corporation; Bayer HealthCare, LLC; Bayer Pharmaceuticals Corporation, Inc.; Bayer HealthCare Pharmaceuticals Inc.; Berlex Laboratories, Inc.; and Berlex, Inc..

s/Carmen S. Scott
Carmen S. Scott, Esq.
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: 843-216-9160

Attorneys for Plaintiffs

## ORDER

        IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the above-captioned action is dismissed with prejudice.

Dated: August 29, 2012,        <u>s/ R. Bryan Harwell</u>
                                                Judge, U. S. District Court

Baugh: 4:11-cv-00525-RBH